# Court of Appeals
# of the State of Georgia

ATLANTA,   June 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0029. ROY MUNN v. MANDARIN HOUSE II AND SHUOJUN ZHAO.**

The Applicant has timely moved for an extension of time to file his application for discretionary appeal.  The motion is hereby GRANTED.  See OCGA § 5-6-39(a)(5); Court of Appeals Rule 31 (g).  The Applicant shall file his application by July 11, 2014.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/16/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*